IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| AMERICAN EAGLE OUTFITTERS, INC., | ) | |
| | ) | |
| | ) | 2:22-CV-00246-MJH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ZURICH AMERICAN INSURANCE COMPANY, | ) ) | |
| | | |
| Defendant, | | |

MEMORANDUM ORDER

This case was originally referred to Chief United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(A) and (B), and Rule 72 of the Local Rules for Magistrate Judges. On August 30, 2022, Chief Magistrate Judge Eddy issued a Report and Recommendation (ECF No. 22), recommending that this Court deny American Eagle Outfitters' Motion for Remand (ECF No. 8). The parties were informed that written Objections to the Report and Recommendation were due by September 13, 2022. (ECF No. 22). Neither party filed any written objections.  Chief Magistrate Judge Eddy advised that failure to file timely objections would constitute a waiver of any appellate rights. (ECF No. 22 at p. 10 citing *Brightwell v. Lehman*, 637 F.3d 187, 193 n. 7 (3d Cir. 2011)).

After thorough review of Chief Magistrate Judge Eddy's Report and Recommendation, IT IS SO ORDERED that the Report and Recommendation is adopted as the Opinion of this Court in its entirety.  It is Further ORDERED that American Eagle Outfitters' Motion for Remand is denied.

This matter is referred to Chief Magistrate Judge Eddy for further proceedings.

DATED this 19th day of September 2022.

BY THE COURT:

MARILYN J. HORAN
United States Magistrate Judge